

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable R. D. Oswalt
County Attorney
Wilbarger County
Vernon, Texas

Dear Sir:

Opinion No. O-5400-A
Re: Illegality of transporta-
tion of beer from Oklahoma
to Texas without having
Texas beer tax stamps af-
fixed thereto, and related
matters.

You are advised that since the above opinion was
mailed, it has been brought to our attention that the penal-
ty provision quoted on page 3 thereof as Article 667-26 of
Vernon's Annotated Texas Penal Code, was erroneous, due to
its amendment by the 48th Legislature and that same now reads
as follows:

"Conviction upon criminal prosecution for
any violation of this Article shall require as-
sessment of penalties as provided in Section 41,
Article I of this Act." Section 21, Chapter 325,
Acts of the Regular Session, 48th Legislature."

Section 41, Article I, of the Texas Liquor Control
Act, as amended by Section 8, Chapter 325, Acts of the Regu-
lar Session of the 48th Legislature, reads as follows:

"Any person who violates any provision of
this Act for which a specific penalty is not pro-
vided shall be deemed guilty of a misdemeanor and
upon conviction be punished by fine of not less
than One Hundred ($100.00) Dollars and not more
than One Thousand ($1,000.00) Dollars, or by im-
prisonment in the county jail for not more than
one year, or by both such fine and imprisonment.

Honorable R. D. Oswalt, page 2

"The term 'specific penalty' as used in this Section means and refers only to a penalty which might be imposed as a result of a criminal prosecution."

This supplement is not to be construed as altering in any manner the conclusions reached in the original opinion but is limited to a correction of quoted penalty provisions.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By _Eugene Alvis_

Eugene Alvis

FIRST ASSISTANT
ATTORNEY GENERAL

EA:db

OPINION
COMMITTEE